952 A.2d 1166

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Neal Lamont PATTON, Petitioner.**

Supreme Court of Pennsylvania.

June 27, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 27th day of June, 2008, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Whether the *per se* rule of *DeJesus* applies in non-capital cases; if not, was the within request improper and prejudicial?